# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HANNAH LEWIS,

    Plaintiff,

v.                                            CASE NO. 4:23cv177-RH-MJF

SONY ELECTRONICS INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

The plaintiff has filed a notice of voluntary dismissal, ECF No. 22. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

SO ORDERED on October 22, 2023.

                                            s/Robert L. Hinkle
                                            United States District Judge